# EXHIBIT E

American Land Title Association

ALTA Settlement Statement - Borrower/Buyer
Adopted 05-01-2015

**Trademark Title Services, Inc.**
**ALTA Universal ID 1026947**
**13875 Highway 13 Suite 126**
**Savage, MN 55378**

| | |
|---|---|
| **File No./Escrow No.:** | [redacted] |
| **Print Date & Time:** | January 9, 2019 at 06:45 AM |
| **Officer/Escrow Officer:** | Trademark Title Services, Inc. |
| **Settlement Location:** | |
| **Property Address:** | [redacted] Farrington Street North<br>Roseville, MN 55113 |
| **Borrower:** | Keith B. Allen and Dawn M. Allen |
| **Lender:** | Unison Investment Management |
| **Settlement Date:** | January 9, 2019 |
| **Disbursement Date:** | January 15, 2019 |

| **Description** | | **Borrower/Buyer Debit** | **Borrower/Buyer Credit** |
|---|---|---|---|
| **Financial** | | | |
| Loan Amount | | | $ 51,000.00 |
| **Prorations/Adjustments** | | | |
| **Loan Charges to Unison Investment Management** | | | |
| Transaction Fee | | $ 1,275.00 | |
| **Other Loan Charges** | | | |
| **Impounds** | | | |
| **Title Charges & Escrow / Settlement Charges** | | | |
| Title - Settlement Fee | to Trademark Title Services, Inc. | $ 100.00 | |
| **Government Recording and Transfer Charges** | | | |
| Recording Fees | to Ramsey County Recorder | $ 184.00 | |
| Conservation Fee | to Ramsey County Recorder | $ 5.00 | |
| Mortgage Registration Tax | to Ramsey County Recorder | $ 122.40 | |
| **Payoffs** | | | |
| **Miscellaneous** | | | |
| 2nd Mortgage Funds Transferred | to 18-5035 | $ 49,313.60 | |

Copyright 2015 American Land Title Association
All rights reserved

| | Debit | Credit |
|---|---|---|
| **Subtotals** | $ 51,000.00 | $ 51,000.00 |
| **TOTALS** | $ 51,000.00 | $ 51,000.00 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Trademark Title Services, Inc. to cause the funds to be disbursed in accordance with this statement.

Keith B. Allen

Dawn M. Allen

Trademark Title Services, Inc., Escrow Officer

Copyright 2015 American Land Title Association
All rights reserved

unison

# UNISON HOMEBUYER AGREEMENT CLOSING INSTRUCTIONS

## i. Contact Information

| | Unison Agreement Corp. ("Unison") | Lender | Primary Closing Services Provider* | Additional Closing Services Provider (if any)* |
|---|---|---|---|---|
| Company Name and Address: | Unison Agreement Corp.<br>650 California St., Suite 1800<br>San Francisco, CA 94108 | Guaranteed Rate<br>2 Carlson Pkwy N Ste 355<br>Plymouth, MN 55447 | Trademark Title Services, Inc<br>13875 Higway 13 South #126<br>Savage, MN 55378 | Trademark Title Services, Inc<br>13875 Higway 13 South #126<br>Savage, Conventional 55378 |
| Contact Phone: | 415-365-0088 | 612-508-4100 | 952-226-7900 | |
| Contact Email: | matthew.johnson@unisonim.com | sandra.loew@rate.com | martim@trademarktitleservices.com | |
| Transaction ID Number: | FRX-079772 | 182257278 | 18-5035 | 18-5035 |
| Contact Person | Matthew Johnson | Joe Niece | Marti Mahoney-Peterson | Marti Mahoney-Peterson |

*Primary Closing Services Provider, Third Party Agent(s) of Primary Closing Services Provider and Additional Closing Services Provider(s) are individually and collectively referred to as "Closing Services Provider(s)".

## ii. Transaction Information

| | |
|---|---|
| Buyer Name(s) as they appear on the Unison HomeBuyer Agreement documents (singly and collectively, "Buyer"): | Keith B. Allen and Dawn M. Allen |
| Property Address: | [redacted] Farrington St N<br>Roseville, MN 55113 |
| Buyer Preferred Contact: | Telephone Number: [redacted]<br>Email Address: |

## iii. Transaction Dates

| | |
|---|---|
| Expected Signing Date: | 01/08/2019 |
| Expected Funding Date: | 01/09/2019 |
| Contract Closing Date/Expected Recording Date: | 01/09/2019 |

## iv. Is Closing Services Provider named above a licensed escrow agent?

☐ No

☒ Yes: Closing Services Provider Trademark Title.
(printed name)

is licensed by the State of MN, License Number 40059321.

[*The remainder of this page is intentionally left blank.*]

Buyer's Initials: KA / DA / ____ / ____

## V. Conditions

- **If Closing Services Provider is a licensed escrow agent, all requested information on page 1 Section IV of these Instructions must be completed.**
- Buyer(s) and all necessary parties to properly execute Unison HomeBuyer Agreement closing documents.
- Buyer(s) and all necessary parties to comply with the conditions of approval and closing instructions of both Lender and Unison.
- Buyer(s) to sign copy of the application, Signature/Name Affidavit, and disclosure(s) at closing. Signature/Name Affidavit must be notarized.
- Buyer(s) to initial each page of the Closing Instructions.
- Only the following secured loan(s) may encumber the Property: Guaranteed Rate with a principal balance of $408,000.00.
- Closing Services Provider(s) to provide a certified copy of the executed first mortgage Note and Security Instrument (Deed of Trust or Mortgage) including all Riders.
- Lender's Escrow Instructions to allow Title Company to provide Unison with a copy of the lender's title policy when issued post-closing.
- Final Closing Settlement Statement to reflect payment of annual hazard insurance premium or a copy of the paid receipt will be required.
- Closing Services Provider(s) to provide a copy of **unexpired** legal documentation required to confirm each buyer's identity (i.e., Driver's License, U.S. Passport, etc.).
- Closing Services Provider(s) to provide Unison with certified copies of the executed Memorandum of Unison HomeBuyer Agreement, Unison HomeBuyer Security Instrument, Uniform Subordination Agreement, and Assignment of Unison HomeBuyer Agreement.
- Closing Services Provider(s) to provide Lender with certified copies of the executed Unison HomeBuyer Option Agreement, Unison HomeBuyer Covenant Agreement, Memorandum of Unison HomeBuyer Agreement, Unison HomeBuyer Security Instrument, and Uniform Subordination Agreement.
- Closing Services Provider(s) to provide Unison a certified copy of Closing Service's final Closing Settlement Statement within three days following closing.
- Closing Services Provider(s) to provide Unison conformed copies of the Memorandum of Unison HomeBuyer Agreement, Unison HomeBuyer Security Instrument, Uniform Subordination Agreement, and Assignment of Unison HomeBuyer Agreement within five days of recording.
- Closing Services Provider(s) to provide Notice of Assignment to Buyers and to Lender.
- ***Closing Services Provider(s) to provide Unison with a copy of the Lender's title policy or title commitment when available.***

*** Closing Services Provider(s) to provide original Unison HomeBuyer Agreement Acknowledgment Form to Lender. -**

**Notice To and Acknowledgment Regarding Spouses, Partners and Co-Occupants Who Are Not Signatories to the HomeBuyer Agreement, - executed by all appropriate parties. Spouses who are not on the Agreement must sign and have notarized at closing.**

**Buyer's Initials:** KA / SQ / / 

## VI. Instructions

Buyer(s) and Unison Agreement Corp. ("Unison") agree to deliver documents and deposit funds as set forth herein, and will authorize and instruct Closing Services Provider(s) to disburse said items subject to the following conditions:

1. **Execution of Instructions.** Closing Services Provider(s) shall execute and return a certified copy of these Instructions to Unison, along with the funding package, to 650 California St., Suite 1800, San Francisco, CA 94108.
2. **Closing Statements.** Unison shall provide to Closing Services Provider(s) the Unison HomeBuyer Closing Statement and Estimate of Fees (final version) for this transaction (see attached). Closing Services Provider(s) shall then prepare Closing Service's final Closing Settlement Statement. Closing Service's final Closing Statement will be provided to the Buyers for signing after obtaining approval from Unison. Closing Service's final Closing Settlement Statement will be provided to Unison within three business days following the closing date.
3. **Closing Documents.**
   a. Unison shall deliver via overnight courier to Closing Services Provider(s) the following original documents, and any addenda thereto, collectively referred to as the "Unison HomeBuyer Agreement Closing Documents" (one original unless otherwise noted):
      i. Unison HomeBuyer Option Agreement*;
      ii. Unison HomeBuyer Covenant Agreement*;
      iii. Memorandum of Unison HomeBuyer Agreement (* except in California, Massachusetts, and Washington);
      iv. Subordinated Unison HomeBuyer Deed of Trust (or Mortgage) and Security Agreement and any and all Riders (the "Security Instrument"); (* in Maryland and Pennsylvania)
      v. Assignment of Unison HomeBuyer Agreement*;
      vi. Signature/Name Affidavit (one original for each Buyer);
      vii. Uniform Subordination Agreement*;
      vii. Certification of Trust (if applicable);
      ix. Non Owner Occupant Spouse Notice (if applicable); and
      x. Notice of Assignment (one for the buyer(s) and one for the lender)*

   ***Starred items shall be delivered to Closing Services Provider(s) signed (and notarized, if applicable) by Unison.**
4. **Signing.**
   a. Buyer will sign the following original documents and any addenda thereto (collectively, the "Buyer Documents"):
      i. Unison HomeBuyer Option Agreement;
      ii. Unison HomeBuyer Covenant Agreement;
      iii. Memorandum of Unison HomeBuyer Agreement;
      iv. Unison HomeBuyer Deed of Trust (or Mortgage) and Security Agreement and any and all Riders (the "Security Instrument");
      v. Signature/Name Affidavit (one original for each Buyer);
      vi. Non Owner Occupant Spousal Notice (if applicable);
      vi. Certification of Trust (if applicable); and
      vii. These Closing Instructions, initialed on each page where indicated

   b. **The Closing Services Provider(s) or its approved contractor notaries shall notarize Buyers' execution of, and other persons' joinders in, the following documents:**
      i. Memorandum of Unison HomeBuyer Agreement;
      ii. Unison HomeBuyer Security Instrument, including any and all Riders;
      iii. Signature/Name Affidavit (one original for each Buyer);
      iv. Non Owner Occupant Spousal Notice (if applicable); and
      iv. Certification of Trust (if applicable)

   c. Closing Services Provider(s) shall ensure that Buyer and joining signatories sign his/her name exactly as typed below (or above, as per State requirements) the signature line.

   d. Closing Services Provider(s) shall manually fill in the date of the executed first mortgage Note on the first page of the Uniform Subordination Agreement and record the original document concurrently with the Memorandum of Unison HomeBuyer Agreement and Unison HomeBuyer Security Instrument.

Buyer's Initials: [initials] / [initials] / ________ / ________

5. **Document Copies.**

a. On the Signing Date or shortly thereafter, Closing Services Provider(s) shall provide Buyer a copy of each of the **fully executed** Buyer Documents referenced in Section VI(4)(a) above.

b. If property is located in an escrow (dry funding) state, Closing Services Provider(s) shall deliver to Unison 48 hours in advance of the requested Funding Date:

i. a certified copy of each of the documents that will be recorded;

ii. the original of all other documents; and

iii. the conditions referenced in **Section V (Conditions)**.

c. If property is located in a non-escrow (wet funding) state, Closing Services Provider(s) shall deliver to Unison within 48 hours of signing the following:

i. a certified copy of each of the documents that will be recorded;

ii. the original of all other documents; and

iii. the conditions referenced in **Section V (Conditions)**.

6. **Funding.** On or before the Funding Date, provided the Closing Services Provider(s) has/have performed the obligations under Sections 1 through 5 above, Unison will fund the Unison Down Payment as designated by Closing Services Provider(s). Immediately upon delivery of the wire, Closing Services Provider(s) shall confirm to Unison its receipt by email to the Unison Contact listed in **Section I.**

7. **Recording.** Provided that Unison has authorized Closing Services Provider(s) in writing to do so, and following the recording of the deed of trust or mortgage executed by Buyer in connection with the senior mortgage loan originated on the Property, Closing Services Provider(s) shall cause the following documents to be recorded, and *in the following order*:

a. Memorandum of Unison HomeBuyer Agreement

b. Unison HomeBuyer Deed of Trust (Or Mortgage) ("Security Instrument")

c. Uniform Subordination Agreement

d. Assignment of Unison HomeBuyer Agreement.

**Walk-in or electronic recording of the above referenced documents is required**. Mail away recordings are **not** authorized.

8. **Disbursement of Transaction Fee.** Unison will issue written authorization via email for the disbursement of its funds. This must be done in strict accordance with the Unison HomeBuyer Closing Statement, except only for variations in actual recording fees. **Closing Services Provider(s) shall remit all fees due to Unison via wire to:**

| | |
|---|---|
| **Bank Name:** | First Republic Bank, Preferred Banking<br>111 Pine Street, San Francisco, CA 94111 |
| **ABA Number:** | [redacted] |
| **Bank Account Number:** | |
| **Beneficiary:** | Unison Agreement Corp. |

9. **Cancellation.** Only if the transaction is cancelled without funding, Closing Services Provider shall refund the entirety of Unison's funds via wire to:

| | |
|---|---|
| **Bank Name:** | First Republic Bank<br>111 Pine Street, San Francisco, CA 94111 |
| **ABA/Routing Number:** | [redacted] |
| **Bank Account Number:** | |
| **SWIFT Code:** | FRBBUS6S |
| **Beneficiary:** | Unison Agreement Corp. |

10. **Conflicts.** In the event of a conflict between these Instructions and the Unison HomeBuyer Closing Statement, these Instructions shall govern. **If for any reason this transaction does not close within 72 hours of receipt of funds by Closing Services Provider(s), the Closing Services Provider(s) is required to contact us immediately for instructions.**

11. **Post-Recording Deliveries.** Within five business days following the Closing Date, Closing Services Provider(s) shall deliver to Unison via email a certified copy of each of the recorded Unison HomeBuyer Closing Documents, conformed by notes on the first page of each document with the name of governmental recording agency or office, the recording date, and the instrument number.

12. **Closing Services Provider(s).** Unison and Buyer hereby acknowledge and agree that Closing Services Provider(s) is not a party to any agreement between Unison and Buyer, and Closing Services Providers' duties, with respect to both Buyer and Unison, are only

**Buyer's Initials:** ____ / ____ / ____ / ____

to fulfill the instructions contained herein. Unison and Buyer further acknowledge and agree that Closing Services Provider(s) acts only as Closing Services Provider(s) with respect to this transaction and are not agents of nor act on behalf of either Unison or Buyer.

**[signatures on the following page]**

Buyer's Initials: KA / [handwritten initials] / ________ / ________

**Agreed to and accepted:**

**Unison Agreement Corp.,**
a Delaware corporation

By:

Name: Ismael Casas, Jr.
Title: Vice President
Date: January 8, 2019

**Primary Closing Services Provider:**

________________________ (company)

By: ________________________

Name: ________________________

Its: ________________________

Date: ________________________

**Additional Closing Services Provider(s) (if applicable):**

________________________ (company)

By: ________________________

Name: ________________________

Its: ________________________

Date: ________________________

________________________ (company)

By: ________________________

Name: ________________________

Its: ________________________

Date: ________________________

________________________ (company)

By: ________________________

Name: ________________________

Its: ________________________

Date: ________________________

**Buyer:**

Sign: ________________________
Keith B. Allen

Date: 1/9/19

**Buyer:**

Sign: ________________________
Dawn M. Allen

Date: 1/9/19

**Buyer:**

Sign: ________________________
Date: ________________________

**Buyer:**

Sign: ________________________
Date: ________________________

UNISON

## Unison Agreement Corp.
## Combined Closing Statement – Estimated[1]

Unison HomeBuyer Agreement Transaction ID: FRX-079772 Date: January 8, 2019
Buyer(s): Keith B. Allen and Dawn M. Allen
Property: [redacted] Farrington St N Roseville, MN 55113
Estimated Closing Date (Recording): 01/08/2019
Estimated Funding Date: 01/09/2019
Escrow Number: [redacted]
Closing Services Provider: Trademark Title Services, Inc / Marti Mahoney-Peterson
Closing Services Provider Contact: P 952-226-7900 / E martim@trademarktitleservices.com

| | Buyer | |
|---|---|---|
| **Item** | **Debit** | **Credit** |
| Unison Down Payment to **Homebuyer** | | 51,000.00 |
| Transaction Fee to **Unison** | 1,275.00 | |
| Credit Report Fee to **Unison** | | |
| Settlement or Closing Fee due to | | |
| Notary Fee due to | | |
| Recording Fees due to county | | |
| Virginia local and state recording tax | | |
| New York mortgage tax paid by the buyer | | |
| New York mortgage tax paid by Unison | | |
| Courier Fee due to | | |
| Wire Fee due to | | |
| Home Inspection Fee to | $ | |
| **Totals** | 1,275.00 | 51,000.00 |

[1]The foregoing amounts are estimates only. Closing Service Provider is authorized to charge estimated amounts owing, to satisfy the items authorized, and to close escrow.

unison

# NOTICE AND ACKNOWLEDGMENT REGARDING SPOUSES, PARTNERS AND CO-OCCUPANTS WHO ARE NOT SIGNATORIES TO THE UNISON HOMEBUYER AGREEMENT

**Unison HomeBuyer Agreement** ID Number: FRX-079772

This Notice and Acknowledgment Form ("**Form**") contains important disclosures about the rights and liabilities of spouses, domestic partners, family members and other co-occupants of a Property ("**Property**") subject to a Unison HomeBuyer Agreement who are not signatories to the Unison HomeBuyer Agreement (collectively referred to as "**Non-Owner Occupant(s)**"). Please READ IT CAREFULLY. This Form must be signed by all homeowners entering into and executing a Unison HomeBuyer Agreement ("**Unison Signatory(ies)**") and by all Non-Owner Occupants. All Unison Signatories are responsible for ensuring that a complete and accurate version of this Form is returned to Unison Agreement Corp. ("**Unison**") with the signatures of all Non-Owner Occupants as a prerequisite to entering into the Unison HomeBuyer Agreement.

The rights of a Non-Owner Occupant to occupy or retain possession of the Property following the Unison Signatory's death, or following an Event Of Default under the Unison HomeBuyer Agreement, may be significantly affected by the operation of the Unison HomeBuyer Agreement. This is because the Unison HomeBuyer Agreement is an option agreement which gives Unison the right to exercise its option and purchase an undivided percentage interest ("Investor Percentage") in the Property upon certain triggering events. *Two such triggering events are the death of the last Unison Signatory, or an Event Of Default, regardless of whether Non-Owner Occupants are occupying the Property at that time.* A Non-Owner Occupant of a Property subject to a Unison HomeBuyer Agreement will be required to settle Unison's option rights under the Unison HomeBuyer Agreement in the event of the death of the last Unison Signatory even if the Non-Owner Occupant inherits the Property as the heir, beneficiary or survivor of a Unison Signatory. Depending on the appreciation of the Property during the term of the Unison HomeBuyer Agreement, the amount required to settle Unison's option rights may be substantial. In addition, following an Event of Default (including default by Non-Owner Occupants), Unison may be entitled to exercise its recorded security interest and compel the sale of the Property, resulting in a Non-Owner Occupant losing possession and/or ownership thereof.

Unison cannot know who occupies a Unison Signatory's Property as a principal residence if they are not named on title. Unison must and will rely on the Unison Signatory to supply this information accurately.

The responsibility for notifying Unison of any change in the status of Non-Owner Occupants is also a continuing obligation of the Unison Signatory throughout the Term of the Unison HomeBuyer Agreement. All Unison Signatories are responsible for returning a complete and accurate amended Form to Unison with the signatures of all Non-Owner Occupants, both at inception of the Unison HomeBuyer Agreement, and in the event that any new Non-Owner Occupant not signatory to the Unison HomeBuyer Agreement commences to occupy the Property as his or her principal residence, or in the event a non-adult occupant of the Property attains the age of 18, at any time during the term of the Signatory's Unison HomeBuyer Agreement.

© 2017, Unison

All Unison Signatories acknowledge that they have read and understand this Form, and that they have been advised by Unison to consult independent legal counsel and estate planning professionals to ascertain the legal effects of the Unison HomeBuyer Agreement on future possession and occupancy of the Property.

☒ I represent and warrant that there are <u>no</u> Non-Owner Occupants living in my Property.

Acknowledged and agreed:

| Applicant: | Co-Applicant: |
|---|---|
| [signature] | [signature] |
| Keith B. Allen | Dawn M. Allen |
| Date signed: 1-9-19 | Date signed: 1/9/19 |

☐ I represent and warrant that I have presented this form to and discussed its contents with all Non-Owner Occupants living in my Property. The names and signatures of all Non-Owner Occupants and their relation to me appear below.

Acknowledged and agreed:

| Applicant: | Co-Applicant: |
|---|---|
| ______________________ | ______________________ |
| Keith B. Allen | Dawn M. Allen |
| Date signed: ______________ | Date signed: ______________ |
| Non-Owner Occupant: | Non-Owner Occupant: |
| ______________________ | ______________________ |
| Print name: ______________ | Print name: ______________ |
| Relation to Applicant: ______________ | Relation to Applicant: ______________ |
| Non-Owner Occupant: | Non-Owner Occupant: |
| ______________________ | ______________________ |
| Print name: ______________ | Print name: ______________ |
| Relation to Applicant: ______________ | Relation to Applicant: ______________ |

UNISON

## UNISON HOMEBUYER AGREEMENT ACKNOWLEDGMENT FORM

The undersigned applicant(s) hereby acknowledge(s) the following:

1. Financial Terms of the Unison HomeBuyer Agreement*

| | |
|---|---|
| Effective Date: | 01/08/2019 |
| Term: | 30 Years |
| Expiration Date: | 01/07/2049<br>at 11:59 pm Pacific Time |
| Original Agreed Value: | $510,000.00 |
| Investor Percentage: | 35.00% |
| Unison Purchase Price: | $178,500.00 |
| Unison Down Payment: | $51,000.00 |
| Unison Purchase Price Balance:** | $127,500.00 |
| Maximum Authorized Debt: | $408,000.00 |

* The table lists terms that are defined in the Unison HomeBuyer Option Agreement and Covenant Agreement, which are incorporated herein by reference.

**The Unison Purchase Price Balance may be subject to reduction under Sections 7.3(d) and 10.2 of the Unison HomeBuyer Covenant Agreement.

The formulae to be applied in any calculation of the Investor Proceeds or Investor Interest hereunder are set forth in Article 10 of the Unison HomeBuyer Covenant Agreement.

2. I (we) have successfully participated in the Unison HomeBuyer education process, and received, reviewed and understood the contents of the Unison HomeBuyer Agreement;

3. I (we) have executed the final Unison HomeBuyer Agreement four-part legal document set.

| | |
|---|---|
| Applicant:<br>x Keith B. Allen (signature)<br>Keith B. Allen | Co-Applicant:<br>x Dawn M. Allen (signature)<br>Dawn M. Allen |
| Date signed: 1-9-19 | Date signed: 1/9/19 |

© 2016, Unison