# EXHIBIT F

**Prepared by, recording requested by, and when recorded mail to:**

Unison Agreement Corp.
P.O. Box 26800
San Francisco, CA 94126-6800

Unison HomeBuyer ID Number: FRX-079772

# UNISON HOMEBUYER UNIFORM SUBORDINATION AGREEMENT

**Legal Description of Property:** That certain real property described in **Exhibit B** attached hereto.

**Property Address:** [redacted] Farrington St N, Roseville, MN 55113

**Senior Lender/First Mortgage:**

Lender ("**Senior Lender**"): Guaranteed Rate
Borrower / Homeowner ("**Owner**"): Keith B. Allen and Dawn M. Allen
Loan Number: 182257278
Note Dated: ______________
Original Principal Amount: $408,000.00

**Subordinating Lien Holder/Junior Lien:**

Unison Agreement Corp., its successors and assigns ("**Subordinating Lien Holder**")

Unison HomeBuyer ID Number: FRX-079772

Dated As Of: 01/08/2019 (**"Effective Date"**)

This **Unison HomeBuyer Uniform Subordination Agreement** is made pursuant to and as of the Effective Date of that certain Unison HomeBuyer Agreement made by and between Owner and Subordinating Lien Holder and securing the Junior Lien of Subordinating Lien Holder (**"Unison HomeBuyer Agreement"**).

Defined terms not defined in the text herein are defined in **Exhibit A** attached hereto or in **Schedule A** to the **Unison HomeBuyer Covenant Agreement** executed by Owner and Subordinating Lien Holder as a component of the Unison HomeBuyer Agreement.

When the context requires, singular nouns and pronouns include the plural.

**WHEREAS**, Senior Lender is the owner and holder of the First Mortgage on the above-referenced property (the "**Property**") which is the senior lien on title to the Property and an interest in that title; and

**WHEREAS**, Subordinating Lien Holder is the owner and holder of the Junior Lien on title to the Property which is the junior lien on title to the Property and an interest in that title pursuant to the Unison HomeBuyer Agreement.

**NOW, THEREFOR**, for value received and to induce the Senior Lender to originate the First Mortgage on the Property:



© 2016, **Unison**

**1.** Subordinating Lien Holder unconditionally subordinates its lien on, and all other rights and interests in, the title to the Property resulting from the Junior Lien to the lien on, and to all other rights and interests in, the title to the Property resulting from the First Mortgage. Subordinating Lien Holder agrees that its lien on, and all other rights and interests in, the title to the Property resulting from the Junior Lien will at all times remain subordinate to the lien on, and all other rights and interests in, the title to the Property resulting from the First Mortgage.

**2.** Subordinating Lien Holder hereby agrees that its lien on, and all other rights and interests in, the title to the Property resulting from the Junior Lien will remain subordinate to the lien on, and all other rights and interests in, the title to the Property resulting from any renewal, extension or modification of the First Mortgage made in connection with a **Bona Fide Loan Modification** by Senior Lender, and agrees that no increase in Owner's indebtedness on the First Mortgage resulting from such renewal, extension or modification exceeding the **Maximum Authorized Debt** as defined in the Unison HomeBuyer Agreement shall constitute an actionable **Event of Default** by Owner under the Unison HomeBuyer Agreement.

**3.** Subordinating Lien Holder hereby agrees that the written approval of Senior Lender to a **Short Sale** of the Property in connection with **Bona Fide Loss Mitigation** by Senior Lender on the First Mortgage shall not constitute an event occasioning Subordinating Lien Holder's right to exercise its option to purchase an undivided percentage interest in the Property under the Unison HomeBuyer Agreement; and further, that upon Lender's written approval of such Short Sale, in the event the "Investor Interest" of Subordinating Lien Holder (as such term is defined in the Unison HomeBuyer Agreement) is calculated as no greater than $0, Subordinating Lien Holder shall timely consent to such Short Sale in writing and release the Junior Lien to facilitate the Short Sale without demand of consideration.

**4.** Subordinating Lien Holder hereby agrees to the following with respect to any judicial or non-judicial foreclosure action on the Property undertaken by Senior Lender in accordance with applicable law in response to a default by Owner under the First Mortgage (**"Senior Foreclosure"**):

(a) A Senior Foreclosure shall not constitute a sale of the Property to a **Third Party Buyer**, nor shall a foreclosure sale by Senior Lender constitute an event occasioning Subordination Lien Holder's right to exercise its option to purchase an undivided percentage interest in the Property under the Unison HomeBuyer Agreement.

(b) Subordinating Lien Holder expressly waives any right of redemption in or to the Property which would accrue to Subordinating Lien Holder under applicable law following the completion of a Senior Foreclosure.

(c) Notice of Senior Foreclosure shall be given by Senior Lender to Subordinating Lien Holder in accordance with customary practice and applicable law.

(d) Any and all covenants running with the land pursuant to the terms of the Unison HomeBuyer Agreement shall be automatically extinguished by a completed Senior Foreclosure.

**5.** Subordinating Lien Holder hereby agrees that in the event of any judicial or non-judicial foreclosure action on the Property undertaken by Subordinating Lien Holder in accordance with applicable law in response to a default by Owner under the Junior Lien (**"Junior Foreclosure"**), Subordinating Lien Holder shall provide written notice of such Junior



© 2016, Unison

Foreclosure to Senior Lender simultaneously and in the same form as such notice is given by Subordinating Lien Holder to Owner.

**6.** Subordinating Lien Holder hereby agrees that its lien on, and all other rights and interests in, the title to the Property resulting from the Junior Lien will remain subordinate to any and all rights and interests of Senior Lender in and to, rents and other profits derived from the Property resulting from any lease of the Property approved by Senior Lender in connection with Bona Fide Loss Mitigation by Senior Lender on the First Mortgage, and that no such lease of the Property shall constitute an actionable Event of Default under the Unison HomeBuyer Agreement.

**7.** Subordinating Lien Holder hereby unconditionally and automatically subordinates its lien on, and all other rights and interests in, the title to the Property accruing as a result of any **Unpaid Owner Obligations** of Owner (as such term in defined in the Unison HomeBuyer Agreement) in connection with the Junior Lien, to the lien on, and to all other rights and interests in, the title to the Property resulting from the First Mortgage.

**8.** Subordinating Lien Holder hereby agrees that if, in connection with Bona Fide Loss Mitigation by Senior Lender on the First Mortgage, Senior Lender has not declared Owner to be in default of the occupancy provisions of the First Mortgage, then Subordinating Lien Holder shall not deem Owner to be in default under the occupancy provisions of the Unison HomeBuyer Agreement.

**9.** Subordinating Lien Holder hereby agrees that if, in connection with Bona Fide Loan Modification of the First Mortgage by Senior Lender, Senior Lender extends the term of months of the First Mortgage beyond its amortization period at origination, Subordinating Lien Holder shall automatically extend, and shall execute and record any and all necessary addenda and documentation required to extend, the Term of the Unison HomeBuyer Agreement such that the Unison HomeBuyer Agreement is coterminous with the extended amortization period of the First Mortgage.

**10.** Subordinating Lien Holder hereby agrees that any consummation of Subordinating Lien Holder's purchase of an undivided percentage interest in and to the Property under the terms of the Unison HomeBuyer Agreement shall automatically constitute a transfer or sale of the Property occasioning Senior Lender's rights immediately to accelerate the First Mortgage; and that in the event Senior Lender commences a Senior Foreclosure in response to such acceleration, Subordinating Lien Holder expressly waives any and all defenses to such Senior Foreclosure which might accrue to Subordinating Lien Holder as record title owner of a percentage interest in and to the Property, except as to those rights of reinstatement of the First Mortgage or redemption of the Property which may accrue to Subordinating Lien Holder under applicable law prior to the completion of a foreclosure sale.

**11.** Subordinating Lien Holder shall provide prompt written notice to Senior Lender upon tender of an offer of **Orderly Sale** to Owner under the terms of the Unison HomeBuyer Agreement, and shall not tender such offer unless or until Senior Lender has reasonably exhausted attempts at Bona Fide Loan Modification and Bona Fide Loss Mitigation in connection with Owner's default on the First Mortgage.

**12.** Following the death of the **Last Surviving Owner,** Subordinating Lien Holder shall notify the heir(s) (and/or estate, as appropriate) of the Last Surviving Owner if



© 2016, Unison

Subordinating Lien Holder elects to exercise its right to purchase its undivided percentage interest in and to the Property under the Unison HomeBuyer Agreement; provided, however, that Subordinating Lien Holder shall temporarily forbear from exercising its right to purchase its undivided percentage interest in and to the Property in the event a surviving spouse, child, parent, grandparent, grandchild, brother or sister of the Last Surviving Owner (**"Surviving Occupant"**) is occupying or intends to occupy the Property as his or her primary residence, and the First Mortgage is either not in default, or Senior Lender is engaged in a Bona Fide Loan Modification in response to a default thereunder, and provided further that such right shall automatically recommence upon the earliest of any of the following:

(a) Senior Lien Holder elects to accelerate, or exercise its due-on-sale rights with respect to, the First Mortgage;

(b) Surviving Occupant ceases to occupy the Property as his or her primary residence;

(c) Surviving Occupant transfers or attempts to further transfer the Property to any new transferee;

(d) an event occurs which would constitute a default under the Unison HomeBuyer Agreement occasioning Subordinating Lien Holder's right to accelerate the Junior Lien, and which Surviving Occupant fails to cure, including, without limitation: the obligation to maintain and repair the property; to pay taxes and insurance thereon when due; to permit Subordinating Lien Holder to appraise and physically inspect the Property; or any other material event of default specified in the Unison HomeBuyer Agreement; or

(e) The death of Surviving Occupant.

The Term of the Unison HomeBuyer Agreement shall automatically extend to permit Subordinating Lien Holder to purchase its undivided percentage interest in and to the Property promptly following any of the events set forth in subsections 12(a) - (e) above.

**13.** This Subordination Agreement shall be binding upon all successors and assigns of Subordinating Lien Holder. Subordinating Lien Holder shall provide written notice to Senior Lender of any assignment of the Junior Lien and shall require of its assignees in writing that no subsequent assignment of the Junior Lien shall be effective until the delivery of written notice to Senior Lender of such assignment.

Unison Agreement Corp., a Delaware corporation

By: [signature]
Name: Daniel Eisenberg
Title: Vice President
Date signed: 1/8/2019



© 2016, Unison

## BENEFITED PARTY ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Francisco )

On January 8, 2019 before me, Amy M. Marsili, Notary Public
(insert name and title of the officer)

personally appeared Daniel Eisenberg,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

AMY M. MARSILI
COMM. #2218169
NOTARY PUBLIC-CALIFORNIA
MARIN COUNTY
My Comm. Expires Oct. 14, 2021
PC02

WITNESS my hand and official seal.

Signature Amy M Marsili **(Seal)**
Amy M Marsili

## Exhibit A

**Bona Fide Loan Modification**. A modification to the First Mortgage offered by Senior Lender or its assignee: (a) in accordance with, or which is functionally equivalent to, a loan modification program approved by the government–sponsored enterprises (i.e. Fannie Mae or Freddie Mac), (b) granted in response to Owner's documented and verified inability to make required payments on the First Mortgage; and (c) restricted in its terms such that there is no "cash out" payment to Owner.

**Bona Fide Loss Mitigation**. A deed-in-lieu of foreclosure, Short Sale, or other action approved and undertaken by Senior Lender in response to: (a) Owner's documented and verified inability to make required payments on the First Mortgage; and (b) based on a documented and verified calculation of the actual market value of the Property by a neutral third party which calculation is free of fraud, bias or undue influence.

**Junior Foreclosure**: A judicial or non-judicial foreclosure action by Subordinating Lien Holder.

**Junior Lien.** The Unison HomeBuyer Agreement equity investment contract.

**Last Surviving Owner**. The last surviving individual person who is both a borrower under the First Mortgage and a signatory homeowner to the Unison HomeBuyer Agreement.

**Maximum Authorized Debt.** The maximum principal amount of total indebtedness secured by any lien on the Property that Owner is permitted to incur under, and as defined in, the Unison HomeBuyer Agreement.

**Mortgage.** A mortgage, deed of trust, trust deed or other security instrument.

**Owner(s)**. The above-named homeowner(s) who is/are both borrower(s) under the First Mortgage, and signatory homeowner(s) to the Unison HomeBuyer Agreement.

**Unison HomeBuyer Agreement.** The equity investment contract which constitutes the Junior Lien on the Property of Subordinate Lien Holder, consisting of the following: (a) the Unison HomeBuyer Option Agreement; (b) the Unison HomeBuyer Covenant Agreement; (c) the Unison HomeBuyer Subordinated Security Instrument; (d) the Memorandum of Unison HomeBuyer Agreement; and (e) all addenda and amendments thereto.

**Unison HomeBuyer Covenant Agreement.** A contractual component of the Unison HomeBuyer Agreement equity investment contract constituting the Junior Lien on the Property.

**Unison HomeBuyer Option Agreement.** A contractual component of the Unison HomeBuyer Agreement equity investment contract constituting the Junior Lien on the Property.

**Memorandum of Unison HomeBuyer Agreement**. A contractual component of the Unison HomeBuyer Agreement equity investment contract constituting the Junior Lien on the Property.

**Unison HomeBuyer Subordinated Security Instrument**. The contractual component of the Unison HomeBuyer Agreement equity investment contract which secures the Junior Lien and which is expressly made subordinate to the First Mortgage both by its terms and under this Subordination Agreement, and which is recorded following the recording of the First Mortgage in the jurisdiction where the Property is located.

**Senior Foreclosure**. A judicial or non-judicial foreclosure action by Senior Lender.

**Senior Lender**. The above-named lender which makes the First Mortgage on the Property, and all of its successors and assigns.

**Short Sale.** A sale by Owner wherein the Senior Lender on the First Mortgage expressly agrees to accept an amount that is less than the full amount due and payable to release the senior lien.

**Subordinating Lien Holder**. Unison Agreement Corp. and its successors and assigns.

**Surviving Occupant**. A surviving spouse, child, parent, grandparent, grandchild, brother or sister of the Last Surviving Owner who elects to occupy the Property as his or her established primary residence.



© 2016, Unison

## Exhibit B

### LEGAL DESCRIPTION OF PROPERTY

That certain real property situated in the City of Roseville, County of Ramsey, State of MN, described as follows:

LOT 2, BLOCK 1, FARRINGTON ESTATES, RAMSEY COUNTY, MINNESOTA.

APN: [redacted]

**[end of legal description]**



© 2016, **Unison**