# EXHIBIT G

**Prepared by,**
**recording requested by, and**
**when recorded mail to:**

Unison Agreement Corp.
P.O. Box 26800
San Francisco, CA 94126-6800

Unison HomeBuyer Agreement ID Number:
FRX-079772

## Assignment of Unison HomeBuyer Agreement

**Unison Agreement Corp.**, a Delaware corporation, as "**Assignor,**" hereby assigns for good and valuable consideration to **Odin New Horizon Real Estate Fund LP**, a Delaware limited partnership, as "**Assignee,**" all of Assignor's rights, title, interests and obligations to and under: **(i)** that certain Unison HomeBuyer Option Agreement made by and between Assignor and KEITH B. ALLEN AND DAWN M. ALLEN, AS JOINT TENANTS (individually or collectively, the "**Homeowner**"); **(ii)** that certain Unison HomeBuyer Covenant Agreement by and between Assignor and Homeowner; **(iii)** that certain Memorandum of Unison HomeBuyer Agreement; and **(iv)** that certain Unison HomeBuyer Security Instrument made by Homeowner as **"Mortgagor"** in favor of Assignor as **"Mortgagee"**; which relate to, run with and encumber the real property described in **Exhibit A** ("**Property**").

IN WITNESS WHEREOF the undersigned Assignor has executed this instrument as of 01/08/2019.

**Unison Agreement Corp.**

By: [signature]

Name: Daniel Eisenberg

Title: Vice President
650 California Street, Suite 1800
San Francisco, CA 94108



© 2018, Unison

# BENEFITED PARTY ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Francisco )

On January 8, 2019 before me, Amy M. Marsili, Notary Public
(insert name and title of the officer)

personally appeared Daniel Eisenberg,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

AMY M. MARSILI
COMM. #2218169
NOTARY PUBLIC-CALIFORNIA
MARIN COUNTY
My Comm. Expires Oct. 14, 2021
PC02

Signature [signature]
Amy M Marsili

(Seal)

## EXHIBIT A

## LEGAL DESCRIPTION

That certain real property situated in the Town/City of Roseville, County of Ramsey, State of MN, described as follows:

LOT 2, BLOCK 1, FARRINGTON ESTATES, RAMSEY COUNTY, MINNESOTA.

Parcel Identification Number: [redacted]

School District:

[end of legal description]



© 2018, Unison

UNISON

## NOTICE OF ASSIGNMENT

**Closing Services Provider to provide one copy to owner and one to lender**

**Unison I.D. #:** FRX-079772

**Property Address:** [redacted] Farrington St N, Roseville, MN 55113

**Homeowner:** Keith B. Allen and Dawn M. Allen

This Notice Of Assignment is to inform you that the above identified Unison HomeBuyer Agreement has been sold, assigned, or transferred by Unison Agreement Corp. to Odin New Horizon Real Estate Fund LP, a Delaware limited partnership ("Odin") as of 01/09/2019.

Servicing of this Unison HomeBuyer Agreement will be performed by Unison Agreement Corp.

The name, address, and telephone number for Odin and for Unison Agreement Corp. is:

Odin New Horizon Real Estate Fund LP
c/o Unison Agreement Corp., as Servicer
P.O. Box 26800
San Francisco, CA 94126
(415) 992-4200

**Unison Agreement Corp.**